IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERMEER MANUFACTURING COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) | Civ. No. 04-1343 (SLR) |
| ) | |
| DEERE & COMPANY, ) ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 3d day of August, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss is granted. (D.I. 26)

                                                                             */s/*
United States District Judge